NUMBER 13-00-487-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


MOISES DANIEL TORIBIO
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 139th District Court 


of Hidalgo County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellant, MOISES DANIEL TORIBIO, attempted to perfect an
appeal from a judgment entered by the 139th District Court of Hidalgo
County, Texas. Sentence in this cause was imposed on October 12,
1999. No timely motion for new trial was filed. The notice of appeal
was due to be filed on November 11, 1999, but was not filed until April
13, 2000. Said notice of appeal is untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant
an extension of time for filing notice of appeal if such notice is filed
within fifteen days of the last day allowed and within the same period
a motion is filed in the court of appeals reasonably explaining the need
for such extension. Appellant failed to file his notice of appeal and a
motion requesting an extension of time within such period. 

 The Court, having considered the documents on file and
appellant's failure to timely perfect his appeal, is of the opinion that the
appeal should be dismissed for want of jurisdiction. The appeal is
hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of August, 2000.